IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CHANCE L. HARRISON,<br>ROBERT CHARLES LYON,<br>YOUNG CENTRAL APPRAISAL DISTRICT,<br>and<br>TEXAS WORKFORCE COMMISSION,<br><br>  Defendants. | CIVIL NO: 7:24-cv-00046 |

## COMPLAINT

The United States of America, pursuant to 26 U.S.C. §§ 7401 and 7403, at the direction of a delegate of the Attorney General of the United States, and with the authorization and sanction of a delegate of the Secretary of the Treasury, brings this civil action seeking to enforce its federal tax liens against deceased taxpayer, James F. Harrison attached to certain real property transferred to Defendant, Robert Charles Lyon by Defendant, Chance L. Harrison as the heir of James F. Harrison after his death. For its Complaint, the United States alleges as follows:

**JURISDICTION, VENUE, AND PARTIES**

1.   This Court has jurisdiction over this matter pursuant to 26 U.S.C. §§ 7402(a) and 7403, and 28 U.S.C. §§ 1331, 1340, and 1345.

2.   Venue is proper pursuant to 28 U.S.C. §§ 1391(b) and 1396 because all the Defendants reside in this district, the real property at issue is located in this district, and the federal tax liabilities for which the United States seeks to enforce its federal tax liens arose in this district.

3.   Plaintiff is the United States of America.

Page **1** of **10**

4. Defendant, Chance L. Harrison, resides in and may be served in Graham, Texas, within the jurisdiction of this Court. He is joined as a party pursuant to 26 U.S.C. § 7403(b) because he may have a leasehold interest in the property against which the United States seeks to enforce its federal tax liens.

5. Defendant, Robert Charles Lyon, resides in and may be served in Graham, Texas, within the jurisdiction of this Court. He is joined as a party pursuant to 26 U.S.C. § 7403(b) because he is the current title holder to the property against which the United States seeks to enforce its federal tax liens.

6. Defendant, Young Central Appraisal District, collects ad valorem property taxes for Young County, Texas, Graham Hospital District, Graham Independent School District, and North Central Texas College. It is joined as a party pursuant to 26 U.S.C. § 7403(b) because it may, on behalf of the taxing authorities for which it collects, claim ad valorem tax liens against the property against which the United States seeks to enforce its federal tax liens.

7. Defendant, Texas Workforce Commission, is joined as a party pursuant to 26 U.S.C. § 7403(b) because it may claim lien interests in the real property against which the United States seeks to enforce its federal tax liens. The Texas Workforce Commission may be served through its general counsel, Les Trobman, at his place of business in Austin, Texas.

## THE SUBJECT PROPERTY

8. The real property against which the United States seeks to enforce its federal tax liens is titled in the name of Defendant, Robert Charles Lyon, and is located at 369 Medlan Chapel Road, Graham, Texas 76450, and consists of the residence, surface lot, and all the other improvements, buildings, and appurtenances thereon (the "<u>Subject Property</u>").

9. The Subject Property is further described in the Young County Deed Records as:

Being the SURFACE ONLY in and to 1.85 acres out of E. V. BUTLER SURVEY, Abstract No. 1295 and being part of a seven (7) acre tract described in deed to J. NANTZ recorded in Vol. 467, Page 372, of the Deed Records of Young County, Texas and described as follows:

BEGINNING at I.P. in NBL of said seven (7) acre tract 412.8 feet S 80-00 E of its NW corner;

THENCE S 80-00 E 495.4 feet, to East corner of said seven (7) acre tract in NGL of Medlan Chapel Road;

THENCE following NBL of road S 65-43 W 219.3 feet and S 56-45 W 274 feet;

THENCE N. 27-00 W 142 feet;

THENCE N 1-42 E 200 feet to place of BEGINNING.

Deed Reference: Being the property conveyed to James F. Harrison and Cathie F. Harrison by assumption warranty deed of Randolph L. Kooken and Donna M. Kooken, recorded with the Young County Clerk as instrument number 9901 on June 1, 1979, and later purportedly conveyed to Robert Charles Lyon by general warranty deed of Chance Lyndon Harrison recorded with the Young County Clerk as instrument number 23002525 on September 5, 2023.

<u>**COUNT 1**</u>

**ENFORCEMENT OF FEDERAL TAX LIENS AGAINST THE SUBJECT PROPERTY (26 U.S.C. § 7403)**

10. The United States incorporates all the allegations set forth above as if fully set forth in this Count.

11. In December 2022, James F. Harrison died owing the following unpaid federal tax and civil penalty liabilities, which had the following balances due with accruals and costs through April 5, 2024:

| TYPE OF TAX | TAX PERIOD ENDING | DATE OF EARLIEST ASSESSMENT | BALANCE DUE 04-05-2024 |
|---|---|---|---|
| Income (Form 1040) | 12/31/2015 | 07/23/2018 | $7,023.54 |
| Employment (Form 941) | 3/31/2012 | 03/04/2013 | $769.20 |
| Employment (Form 941) | 03/31/2014 | 06/16/2014 | $636.21 |

| TYPE OF TAX | TAX PERIOD ENDING | DATE OF EARLIEST ASSESSMENT | BALANCE DUE 04-05-2024 |
|---|---|---|---|
| Employment (Form 941) | 06/30/2014 | 07/10/2017 | $1,243.14 |
| Employment (Form 941) | 09/30/2014 | 07/10/2017 | $562.21 |
| Employment (Form 941) | 12/31/2014 | 04/08/2019 | $3,537.76 |
| Employment (Form 941) | 03/31/2015 | 07/10/2017 | $12,949.54 |
| Employment (Form 941) | 06/30/2015 | 07/10/2017 | $1,439.04 |
| Employment (Form 941) | 09/30/2015 | 02/08/2016 | $6,825.95 |
| Employment (Form 941) | 12/31/2015 | 04/11/2016 | $19,171.24 |
| Employment (Form 941) | 03/31/2016 | 07/11/2016 | $19,356.43 |
| Employment (Form 941) | 06/30/2016 | 10/10/2016 | $20,931.57 |
| Employment (Form 941) | 09/30/2016 | 01/02/2017 | $20,029.81 |
| Employment (Form 941) | 12/31/2016 | 04/10/2017 | $14,998.16 |
| Employment (Form 941) | 12/31/2017 | 04/09/2018 | $8,608.36 |
| Employment (Form 941) | 03/31/2018 | 07/16/2018 | $4,540.41 |
| Employment (Form 941) | 12/31/2018 | 04/01/2019 | $328.03 |
| Employment (Form 941) | 06/30/2020 | 02/08/2021 | $3,634.14 |
| Employment (Form 941) | 09/30/2020 | 05/03/2021 | $11,743.98 |
| Employment (Form 941) | 12/31/2020 | 04/26/2021 | $7,713.57 |
| Unemployment (Form 940) | 12/31/2012 | 03/18/2013 | $363.99 |

| TYPE OF TAX | TAX PERIOD ENDING | DATE OF EARLIEST ASSESSMENT | BALANCE DUE 04-05-2024 |
|---|---|---|---|
| Unemployment (Form 940) | 12/31/2014 | 07/01/2019 | $889.35 |
| Unemployment (Form 940) | 12/31/2015 | 05/09/2016 | $1,064.73 |
| Unemployment (Form 940) | 12/31/2016 | 05/15/2017 | $7,528.70 |
| Unemployment (Form 940) | 12/31/2017 | 04/09/2018 | $641.96 |
| Unemployment (Form 940) | 12/31/2020 | 10/25/2021 | $437.18 |
| Civil Penalty (Section 6721) | 12/31/2011 | 10/06/2014 | $20,367.44 |
| Civil Penalty (Section 6721) | 12/31/2016 | 10/14/2019 | $19,767.37 |
| Civil Penalty (Section 6721) | 12/31/2018 | 10/04/2021 | $13,690.30 |
| | | TOTAL | $230,793.31 |

12.     A delegate of the Secretary of Treasury gave notice and demand for payment of each of the assessments listed above to James F. Harrison. Despite those notices and demands for payment, James F. Harrison failed, neglected, or refused to fully pay the liabilities.

13.     As a result, pursuant to 26 U.S.C. §§ 6321 and 6322, statutory federal tax liens arose on the dates of the assessments and attached to all the property and rights to all the property belonging to James F. Harrison.

14.     On November 15, 2022, within the statute of limitations for collection of each of the above federal tax assessments set by 26 U.S.C. § 6502, the United States sued James F. Harrison for a judgment for the above federal tax liabilities. *See* Compl., United States v. Harrison, No. 7:22-cv-00117 (N.D. Tex. Nov. 15, 2022), ECF No. 1.

15.     On May 10, 2023, The United States obtained a Final Judgment against James F. Harrison for the above federal tax liabilities. *See* Final J., *id.*, ECF No. 12.

16. The Final Judgment constituted an adjudication on the merits of James F. Harrison's liability for each of the above federal tax assessments and extended the statute of limitations for collection of those assessments until the liabilities are satisfied, making this lien enforcement action timely.

17. On the following dates, a delegate of the Secretary of Treasury, in accordance with 26 U.S.C. § 6323, filed Notices of Federal Tax Lien against James F. Harrison with the Young County, Texas Clerk for the above assessments, as follows:

| DATE NFTL FILED | ASSESSMENT TYPE | TAX PERIOD ENDING |
| --- | --- | --- |
| December 19, 2016 | Civil Penalty (Section 6721) | December 31, 2011 |
| | Unemployment Tax (Form 940) | December 31, 2012 |
| | Unemployment Tax (Form 940) | December 31, 2015 |
| | Employment Tax (Form 941) | March 31, 2012 |
| | Employment Tax (Form 941) | March 31, 2014 |
| | Employment Tax (Form 941) | September 30, 2015 |
| | Employment Tax (Form 941) | December 31, 2015 |
| | Employment Tax (Form 941) | March 31, 2016 |
| | Employment Tax (Form 941) | June 30, 2016 |
| April 17, 2017 | Employment Tax (Form 941) | September 30, 2016 |
| July 17, 2017 | Unemployment Tax (Form 940) | December 31, 2016 |
| | Employment Tax (Form 941) | December 31, 2016 |
| August 29, 2017 | Employment Tax (Form 941) | June 30, 2014 |
| | Employment Tax (Form 941) | March 31, 2015 |
| | Employment Tax (Form 941) | June 30, 2015 |
| November 27, 2017 | Employment Tax (Form 941) | September 30, 2014 |
| May 29, 2018 | Unemployment Tax (Form 940) | December 31, 2017 |
| October 1, 2018 | Employment Tax (Form 941) | December 31, 2017 |
| | Employment Tax (Form 941) | March 31, 2018 |
| May 7, 2019 | Income Tax (Form 1040) | December 31, 2015 |
| June 6, 2019 | Employment Tax (Form 941) | December 31, 2014 |

| DATE NFTL FILED | ASSESSMENT TYPE | TAX PERIOD ENDING |
|---|---|---|
| June 10, 2019 | Employment Tax (Form 941) | December 31, 2018 |
| August 26, 2019 | Unemployment Tax (Form 940) | December 31, 2014 |
| December 23, 2019 | Civil Penalty (Section 6721) | December 31, 2016 |
| April 12, 2021 | Employment Tax (Form 941) | June 30, 2020 |
| July 6, 2021 | Employment Tax (Form 941) | December 31, 2020 |
| August 2, 2021 | Employment Tax (Form 941) | September 30, 2020 |
| January 10, 2022 | Civil Penalty (Section 6721) | December 31, 2018 |
|  | Unemployment Tax (Form 940) | December 31, 2020 |

18. Those Notices of Federal Tax Lien noticed the public that, pursuant to 26 U.S.C. § 6321, the United States held federal tax liens attaching to all of James F. Harrison's real and personal property interests, thus, perfecting those liens against future competing claimants.

19. At the time the Notices of Federal Tax Lien were filed, James F. Harrison owned title to the Subject Property.

20. James F. Harrison died in December 2022, still holding title to the Subject Property.

21. Defendant, Chance L. Harrison, collaborated with Defendant, Robert Charles Lyon, a Texas-licensed attorney, to attempt to shield the Subject Property from collection by the United States while maintaining the right to occupy the Subject Property. The scheme proceeded in three steps, all executed in immediate succession on the same day, September 5, 2023:

   a. First, Defendant, Chance L. Harrison, recorded an "Affidavit of Heirship" in the Young County, Texas Property Records in which he purported to inherit James F. Harrison's full ownership interest in the Subject Property, as James F. Harrison's sole heir.

   b. Second, Defendant, Chance L. Harrison, recorded a General Warranty Deed in the Young County, Texas Property Records purporting to transfer the Subject Property to Defendant, Robert Charles Lyon.

    c. Third, Defendant, Robert Charles Lyon, recorded an "Agreement" in the Young County, Texas Property Records that purported to grant Defendant, Chance L. Harrison, the right to occupy the residence on the Subject Property.

22. Because the IRS validly recorded the above-described Notices of Federal Tax Lien with the Young County, Texas Clerk while James F. Harrison held title to the Subject Property, and before the purported inheritance by Defendant, Chance L. Harrison, and transfer to Defendant, Robert Charles Lyon, and because neither Defendant, Chance L. Harrison nor Defendant, Robert Charles Lyon, are subsequent transferees protected by 26 U.S.C. § 6323(b) or otherwise, the federal tax liens described above remain attached to and enforceable against the Subject Property.

23. According to the online records of the Young Central Appraisal District, past due ad valorem taxes dating back to 2016 on the Subject Property are owed to Young County, Texas, Graham Hospital District, Graham Independent School District, and North Central Texas College (collectively, the "Property Taxing Authorities"). Defendant, Young Central Appraisal District, collects for the Property Taxing Authorities. Section 32.01 of the Texas Property Tax Code creates a lien that is automatically perfected on January 1 of each tax year to the benefit of the Taxing Authorities to secure payment of all the taxes, penalties, and interest imposed on the Subject Property. Those liens are superior to all others, including, the United States' federal tax liens, pursuant to Section 32.05 of the Texas Property Tax Code and 26 U.S.C. § 6323(b)(6).

24. On July 15, 2010, and April 27, 2022, the Texas Workforce Commission recorded Notices of State Tax Lien in the Young County, Texas Clerk's Real Property Records against James F. Harrison for the unpaid unemployment taxes, interest, penalties, and other charges for which liens against all of James F. Harrison's nonexempt real and personal property arose under Sections 213.057 and 213.058 of the Texas Labor Code and Section 113.001 of the Texas Tax

Code. At the times these liens arose, and through his death in December 2022, James F. Harrison owned the Subject Property as his homestead, making these liens subject to Texas' homestead exemption. Accordingly, these liens are inferior to all others, including, the United States' federal tax liens.

25. Pursuant to 26 U.S.C. § 7403, the United States is entitled to enforce the federal tax liens described above against the Subject Property by foreclosure sale or other court orders. In particular, the United States is entitled to have the entire Subject Property sold in a judicial sale, or by a receiver appointed for that purpose, free and clear of all the rights, titles, claims, liens, and interests of the parties, including, any rights of redemption, with the proceeds of the sale distributed: (i) First, to pay the costs and expenses of the sale, including, any costs and expenses incurred to secure and maintain the Real Property; (ii) Second, to the Young Central Appraisal District to pay any ad valorem real estate taxes entitled to priority under 26 U.S.C. § 6323(b)(6) that are due and owing to the Taxing Authorities for which it collects; (iii) Third, to the United States to pay the federal tax and civil penalty liabilities described above; and (iv) Fourth, to the extent any proceeds remain, the other parties in accordance with their relative priorities as determined by this Court.

## PRAYER

WHEREFORE, the United States of America prays for a judgment:

A. Determining the federal tax liens securing the tax liabilities owed by deceased taxpayer James F. Harrison, as described in this Complaint, shall be foreclosed or enforced by other court orders against the Subject Property by sale of the entire Subject Property in a judicial sale, or by a receiver appointed for that purpose, free and clear of all the rights, titles, claims, liens, and interests of the parties, including, any rights of redemption, with the

proceeds of the sale distributed: (i) First, to pay the costs and expenses of the sale, including, any costs and expenses incurred to secure and maintain the Real Property; (ii) Second, to the Young Central Appraisal District to pay any ad valorem real estate taxes entitled to priority under 26 U.S.C. § 6323(b)(6) that are due and owing to the Taxing Authorities for which it collects; (iii) Third, to the United States to pay the federal tax and civil penalty liabilities described above; and (iv) Fourth, to the extent any proceeds remain, the other parties in accordance with their relative priorities as determined by this Court; and

B. Awarding the United States such other and further relief as this Court deems just and proper, including, its costs incurred in this action and for any surcharge authorized by 28 U.S.C. § 3011.

Respectfully submitted,

Dated: April 5, 2024.

DAVID A. HUBBERT
Deputy Assistant Attorney General

/s/ *Robert Luke Graham*
Robert Luke Graham
State Bar No. 24127305
Trial Attorney, Tax Division
U.S. Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
Telephone: (214) 880-9734
Fax: (214) 880-9721
Email: Robert.L.Graham@usdoj.gov

ATTORNEYS FOR THE UNITED STATES